IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERICA RENDON,

    Plaintiff,

v.

BRUCE COHN and BDC REALTY
and INVESTMENTS, INC.,

    Defendants.                           Case No. 10-cv-1005-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is a Notice for Voluntary Dismissal (Doc. 4), filed by Plaintiff pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**. As neither Defendant has filed an answer or motion for summary judgment (Plaintiff states Defendants have not yet been served), the Court hereby **ACKNOWLEDGES** said Notice and that Defendants are hereby **DISMISSED WITHOUT PREJUDICE** from this suit, each Party to bear its own costs and fees.

    **IT IS SO ORDERED**.

    Signed this 21st day of December, 2010.

David R. Herndon
2010.12.21
13:48:51 -06'00'

**Chief Judge**
**United States District Court**